IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA

FILED
FEB - 4 2015
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____W_____,DEPUTY

| | |
|---|---|
| THE CHICKASAW NATION and THE CHOCTAW NATION,  )<br><br>Plaintiffs,  )<br><br>vs.  )<br><br>THE DEPARTMENT OF THE INTERIOR et al.,  )<br><br>Defendants.  ) | No. CIV-05-1524-W |

## ORDER

Upon review, the Court

(1) GRANTS to the extent stated the defendants' Motion for and Ruling on Expedited Briefing of Defendants' Motion for Protective Order [Doc. 241] filed on February 3, 2015;

(2) DIRECTS the plaintiffs to file their response on February 5, 2015, to the defendants' Motion for Protective Order [Doc. 240] filed on February 3, 2015; and

(3) DIRECTS the defendants to file their reply, if any, on February 6, 2015.

ENTERED this 4th day of February, 2015.

LEE R. WEST
UNITED STATES DISTRICT JUDGE