**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| THE CHICKASAW NATION and THE CHOCTAW NATION, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No.: 05-01524-W |
| UNITED STATES DEPARTMENT OF THE INTERIOR, et al., | ) ) ) | Senior Judge Lee West |
| Defendants. | ) ) ) | |
| _____ | ) | |

**PLAINTIFFS' CROSS-MOTION REQUESTING FORMAL MEDIATION
SESSION IN WHICH ALL PARTIES ARE PRESENT WITH FULL
SETTLEMENT AUTHORITY IN COMPLIANCE WITH LOCAL RULE 16.3
AND REQUEST FOR EXPEDITED HEARING**

Pursuant to the Court's July 28, 2014 Order appointing Special Master Robertson, and Local Rule 16.3, Plaintiffs, the Chickasaw Nation and the Choctaw Nation (the "Nations"), respectfully cross-move this Court to order the parties in this litigation, the Nations and Defendants, United States Department of Interior, *et al.*, to attend a formal mediation session in which all parties are present with full settlement authority.  Further, given the February 12, 2015 deposition date for the Secretary of Interior, and its relation to the issues in this Cross-Motion, the Nations respectfully request the Court set this Cross-Motion for expedited hearing.

In support of this Cross-Motion, Plaintiffs submit this Cross-Motion, and a Memorandum of Points and Authorities in support thereof, which has been combined

with Plaintiffs' Response to Defendants' Motion for Protective Order Quashing Notice of

Deposition of Secretary of the Interior S.M.R. Jewell, pursuant to Local Rule 7.1(c).

DATED this 5th day of February 2015.

Respectfully submitted,

/s/ Michael Burrage
Michael Burrage, OBA No. 1350
Reggie Whitten, OBA No. 9526
**WHITTEN BURRAGE**
1215 Classen Drive
Oklahoma City, OK 73103
Telephone: (405) 516-7800
Facsimile: (405) 516-7800

C. Cary Patterson, TX Bar No. 1558700
Bradley E. Beckworth, OBA No. 19982
**NIX, PATTERSON & ROACH, LLP**
205 Linda Drive
Daingerfield, TX 75638
Telephone:  (903) 645-7333
Facsimile:  (903) 645-4415

Louis Bullock, OBA No. 1305
**BULLOCK LAW FIRM, PLLC**
110 West 7th Street, Suite 707
Tulsa, OK 74119
Telephone: (918) 584-2001
Facsimile: (918) 779-4383

Bob Rabon, OBA No. 7373
**RABON WOLF & RABON**
P.O. Box 726
Hugo, OK 74743
Telephone: (580) 326-6427
Facsimile: (580) 326-6032

Jason B. Aamodt, Esq., OBA No. 16974
Deanna Hartley-Kelso, Esq., OBA No. 19272
Dallas L.D. Strimple, Esq., OBA No. 30266
**INDIAN AND ENVIRONMENTAL LAW GROUP**
1723 E. 15th St, Suite 100
Tulsa, OK 74104
Telephone:  (918) 347-6169
Facsimile: (918) 398-0514

K. Lawson Pedigo, TX Bar No. 15716500
**MILLER, KEFFER & PEDIGO**
8401 N. Central Expressway, Ste 630
Dallas, TX 75225
Telephone:  (214) 696-2050
Facsimile:  (214) 696-2482

*Attorneys for The Chickasaw Nation*
 *and The Choctaw Nation*

## CERTIFICATE OF SERVICE

I hereby certify that I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send email notification of such filing to all registered parties.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: February 5, 2015.

/s/ Michael Burrage
Michael Burrage