IN THE UNITED STATES DISTRICT COURT FOR

THE WESTERN DISTRICT OF OKLAHOMA

FILED
FEB 17 2015
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____, DEPUTY

| | |
|---|---|
| THE CHICKASAW NATION and THE CHOCTAW NATION, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) No. CIV-05-1524-W ) |
| THE DEPARTMENT OF THE INTERIOR et al., | ) ) ) |
| Defendants. | ) ) |

## ORDER

Upon review, the Court

(1) GRANTS the defendants' Motion for Leave to File Under Seal Confidential Portion of Administrative Record [Doc. 246] filed on February 13, 2015; and

(2) PERMITS the defendants to file under seal the confidential portions of the administrative record complied by the defendants that show compliance by the United States Department of Interior with Section 304 of the American Indian Trust Fund Management Reform Act of 1994, 25 U.S.C. § 4044.

ENTERED this 17th day of February, 2015.

LEE R. WEST
UNITED STATES DISTRICT JUDGE