## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| THE CHICKASAW NATION and THE CHOCTAW NATION,  )<br>)<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>UNITED STATES DEPARTMENT  )<br>OF THE INTERIOR, *et al.*,  )<br>)<br>Defendants.  )<br>_____  ) | No. 05-cv-01524-W |

## PLAINTIFFS' NOTICE TO THE RECORD

**COME NOW** Plaintiffs, The Chickasaw Nation and The Choctaw Nation ("Plaintiffs" or "Nations"), and submit the following Notice to the Record:

1. Upon the application of the Plaintiffs, on May 18, 2015 this Court extended the time allowed for Plaintiffs to file a *Daubert* motion challenging the testimony of Terence Kehoe until May 22, 2015. [Dkt. # 294.]

2. Upon review of the qualifications and testimony of Defendants' expert Terence Kehoe, Plaintiffs provide this Notice to the Record, informing the record Plaintiffs have determined that judicial efficiency will best be served by Plaintiffs not filing at this time a *Daubert* challenge to Dr. Kehoe offering testimony in this matter. Instead, should Defendants call Dr. Kehoe to testify at trial, Plaintiffs will challenge at that time his creditability and qualifications to offer opinions as to the history of the Choctaw and Chickasaw Nations.


Dated: May 22, 2015.

Respectfully submitted,

s/ Michael Burrage
Michael Burrage, OBA No, 1350
**WHITTEN BURRAGE**
1215 Classen Drive
Oklahoma City, OK 73103
Telephone: (405) 516-7800

Louis Bullock, OBA No. 1305
**BULLOCK LAW FIRM, PLLC**
110 West 7th Street, Suite 707
Tulsa, OK 74119
Telephone: (918) 584-2001
Facsimile: (918) 779-4383

Bob Rabon, OBA No. 7373
**RABON WOLF & RABON**
P.O. Box 726
Hugo, OK 74743
Telephone: (580) 326-6427
Facsimile: (580) 326-6032

Jason B. Aamodt, Esq., OBA No. 16974
Dallas L.D. Strimple, Esq., OBA No. 30266
**THE AAMODT LAW FIRM**
1723 S. Boston Ave.
Tulsa, OK 74119
Telephone: (918) 347-6169
Facsimile: (918) 398-0514

K. Lawson Pedigo, TX Bar No. 15716500
**MILLER, KEFFER & PEDIGO**
8401 N. Central Expressway, Ste 630
Dallas, TX 75225
Telephone: (214) 696-2050
Facsimile: (214) 696-2482

        C. Gary Patterson, TX Bar No. 1558700
        Bradley E. Beckworth, OBA No. 4837
        **NIX, PATTERSON & ROACH, LLP**
        205 Linda Drive
        Daingerfield, TX 75638
        Telephone:  903-645-7333
        Facsimile:  903-645-4415

        Robert Henry, OBA #4111
        109 Lake Aluma Drive
        Oklahoma City, OK 73121
        Telephone:  (405) 820-0343

        *Attorneys for The Chickasaw Nation*
        *and The Choctaw Nation*

### CERTIFICATE OF SERVICE

    I hereby certify that on May 22, 2015, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send e-mail notification of such filing to all registered parties.

        s/ Michael Burrage
        Michael Burrage