IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| THE CHICKASAW NATION and THE CHOCTAW NATION, </br></br> Plaintiffs, </br></br> v. </br></br> UNITED STATES DEPARTMENT OF THE INTERIOR, et al., </br></br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) </br></br></br></br> No.: 05-01524-W </br></br> Senior Judge Lee West |

**PLAINTIFFS' UNOPPOSED MOTION FOR ADDITIONAL
TIME TO FILE RESPONSE TO DEFENDANTS' MOTION TO EXCLUDE
SUPPLEMENTAL REPORT OF PLAINTIFFS' EXPERT MARK BERKMAN**

COME NOW Plaintiffs, the Chickasaw Nation and the Choctaw Nation ("Nations"), and move the Court for a seven (7) day extension (*i.e.,* from May 29, 2015 until June 5, 2015) to file their response to Defendants' Motion to Exclude Supplemental Report of Plaintiffs' Expert Mark Berkman [Dkt. No. 276] and Defendants' Memorandum in Support of Their Motion to Exclude Supplemental Expert Report of Dr. Mark Berkman [Dkt. No. 280]. In support of this Motion, Plaintiffs show as follows:

1. Plaintiffs' counsel seeks a seven (7) day extension to file their response to Defendants' Motion to Exclude Supplemental Report of Plaintiffs' Expert Mark Berkman [Dkt. No. 276] and Defendants' Memorandum in Support of Their Motion to Exclude Supplemental Expert Report of Dr. Mark Berkman [Dkt. No. 280] on the same day as their response to Defendants' *Daubert* Motion to Exclude Expert Opinion Testimony of Dr. Mark Berkman [Dkt. No. 296] (*i.e.,* from May 29, 2015 until June 5, 2015).

2. Reggie N. Whitten, counsel for the Nations, has conferred with Marissa Piropato, counsel for Defendants, and Defendants have no objection to the granting of this motion.

WHEREFORE, the Nations request an additional seven (7) days until June 5, 2015 to file their response to Defendants' Motion to Exclude Supplemental Report of Plaintiffs' Expert Mark Berkman [Dkt. No. 276] and Defendants' Memorandum in Support of Their Motion to Exclude Supplemental Expert Report of Mark Berkman [Dkt. No. 280].

Respectfully submitted,

s/ Michael Burrage
Michael Burrage, OBA No. 1350
Reggie N. Whitten, OBA No. 9576
**WHITTEN BURRAGE**
1215 Classen Drive
Oklahoma City, Oklahoma 73103
Telephone:   (405) 516-7800
Facsimile:    (405) 516-7859

Louis Bullock, OBA No. 1305
**BULLOCK, BULLOCK AND BLAKEMORE**
110 West 7th Street, Suite 707
Tulsa, OK 74119
Telephone:   (918) 584-2001
Facsimile:    (918) 779-4383

Bob Rabon, OBA No. 7373
**RABON WOLF & RABON**
P.O. Box 726
Hugo, OK 74743
Telephone:   (580) 326-6427
Facsimile:    (580) 326-6032

Jason B. Aamodt, OBA No. 16974
Dallas L.D. Strimple, OBA No. 30266
**THE AAMODT LAW FIRM**
1723 S. Boston Ave.
Tulsa, OK 74119
Telephone:   (918) 347-6169
Facsimile:   (918) 398-0514

K. Lawson Pedigo, TX Bar No. 15716500
**MILLER, KEFFER & PEDIGO**
8401 N. Central Expressway, Ste 630
Dallas, TX 75225
Telephone:   (214) 696-2050
Facsimile:   (214) 696-2482

C. Cary Patterson, TX Bar No. 1558700
Bradley E. Beckworth, OBA No. 4837
**NIX, PATTERSON & ROACH, LLP**
205 Linda Drive
Daingerfield, TX  75638
Telephone:   (903) 645-7333
Facsimile:   (903) 645-4415

Robert Henry, OBA No. 4111
109 Lake Aluma Drive
Oklahoma City, OK  73121
Telephone:   (405) 820-0343

*Attorneys for the Chickasaw Nation
and the Choctaw Nation*

## CERTIFICATE OF SERVICE

I hereby certify that on Friday, May 22, 2015 I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to all ECF registrants.

s/ Michael Burrage
Michael Burrage

3