**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **1. THE CHICKASAW NATION and** ) | |
| **2. THE CHOCTAW NATION,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **v.** ) | **Case No. CIV-2005-1524-W** |
| ) | |
| **THE DEPARTMENT OF THE INTERIOR;** ) | |
| **et al.;** ) | |
| ) | |
| **Defendants.** ) | |

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties or record:

Enter my appearance as counsel in this case for Plaintiffs, The Chickasaw Nation and

The Choctaw Nation.

I certify that I am admitted to practice in this court and am registered to file documents

electronically with this court.

 s/ Randa K. Reeves          05/22/15
Signature                          Date

Randa K. Reeves, OBA # 30695
WHITTEN BURRAGE
1215 Classen Drive
Oklahoma City, OK  73103
Tel:  405-516-7800
Fax:  405-516-7859
E-mail:  rreeves@whittenburragelaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on 22th day of May, 2015, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to all ECF registrants:


 s/ Randa K. Reeves
Randa K. Reeves