IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

|  |  |  |
|---|---|---|
| THE CHICKASAW NATION AND THE CHOCTAW NATION, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No.<br><br>Hon. Lee R. West |
| Plaintiffs, | | |
| v. | | |
| THE UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*, | | |
| Defendants. | | |

MOTION TO SUBSTITUTE EXHIBIT A (ECF No. 297-1) TO NOTICE OF FILING REDACTED VERSION OF DEFENDANTS' MOTION *IN LIMINE* TO EXCLUDE EXPERT OPINION TESTIMONY OF DR. MARK BERKMAN

Defendants hereby move to substitute the attached Exhibit A with the previously-filed Exhibit A (ECF No. 297-1) to the Notice of Filing of Redacted Version of Defendants' Motion *In Limine* to Exclude Expert Opinion Testimony of Dr. Mark Berkman (ECF No. 297). Defendants move to substitute due to a technical error in the redaction process. Defendants request that the previously filed Exhibit A (297-1) be removed from PACER.

Dated: May 26, 2015

Respectfully submitted,

SANFORD C. COATS
United States Attorney

R.D. EVANS, JR., Louisiana Bar # 20805
Don.Evans@usdoj.gov
Assistant United States Attorney
Western District of Oklahoma
210 Park Avenue, Suite 400
Oklahoma City, OK 73102
Tel:  (405) 553-8700
Fax: (405) 553-8885

JOHN C. CRUDEN
Assistant Attorney General

/s/ *Marissa Piropato*_____
MARISSA A. PIROPATO, NY BAR #4323242
Marissa.Piropato@usdoj.gov
ANTHONY P. HOANG, FL Bar #0798193
Anthony.Hoang@usdoj.gov
EDWARD GELDERMANN, FL BAR # 0038316
Jay.Geldermann@usdoj.gov
MATTHEW MARINELLI, IL Bar #6277967
Matthew.Marinelli@usdoj.gov
JESSICA HELD, DC Bar #975864
Jessica.Held@usdoj.gov
FRANK J. SINGER
Frank.Singer@usdoj.gov
REUBEN S. SCHIFMAN
Reuben.Schifman@usdoj.gov
JUDITH COLEMAN
Judith.Coleman@usdoj.gov
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, D.C.  20044-7611
Tel: (202) 305-0241
Tel: (202) 305-0242
Tel: (202) 305-0239
Tel: (202) 305-0575
Tel: (202) 305-0470
Tel: (202) 616-9409

Tel: (202) 305-4224
Tel: (202) 514-3553
Fax: (202) 305-0506

Attorneys for Defendants

OF COUNSEL:

CHARLES R. BABST, JR.
Office of the Field Solicitor
United States Department of the Interior
Tulsa, OK 74145

KENNETH DALTON
MICHAEL BIANCO
KAREN BOYD
HOLLY CLEMENT
GLADYS COJOCARI
KRISTEN KOKINOS
DONDRAE MAIDEN
Office of the Solicitor
United States Department of the Interior
Washington, D.C. 20240

REBECCA SALTIEL
THOMAS KEARNS
Office of the Chief Counsel
Bureau of the Fiscal Service
United States Department of the Treasury
Washington, D.C.  20227

## **CERTIFICATE OF SERVICE**

I hereby certify that, on May 26, 2015, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send email notification of such filing to all registered parties.

*/s/ Marissa Piropato*
MARISSA PIROPATO
