IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA

**FILED**
MAY 27 2015
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____,DEPUTY

| | |
|---|---|
| THE CHICKASAW NATION and THE CHOCTAW NATION, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) No. CIV-05-1524-W ) |
| THE DEPARTMENT OF THE INTERIOR et al., | ) ) ) |
| Defendants. | ) |

## ORDER

Upon review, the Court

(1) GRANTS the defendants' Motion to Substitute Exhibit A [Doc. 302] filed on May 26, 2015;

(2) DIRECTS the Clerk of the Court to remove the image of Exhibit A [Doc. 297-1] to the Notice of Filing Redacted Version of Defendants' Motion in Limine to Exclude Expert Opinion Testimony of Dr. Mark Berkman [Doc. 297] filed by the defendants on May 20, 2015; and

(3) further DIRECTS the Clerk to replace the image of that Exhibit A [Doc. 297-1] with Exhibit A [Doc.303] filed by the defendants on May 26, 2015.

ENTERED this 27th day of May, 2015.

LEE R. WEST
UNITED STATES DISTRICT JUDGE