**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **1. THE CHICKASAW NATION and**  ) | |
| **2. THE CHOCTAW NATION,**  ) | |
|  ) | |
|     **Plaintiffs,**  ) | |
|  ) | |
| **v.**  ) | Case No. CIV-2005-1524-W |
|  ) | |
| **THE DEPARTMENT OF THE INTERIOR;**  ) | |
| **et al.;**  ) | |
|  ) | |
|     **Defendants.**  ) | |

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties or record:

    Enter my appearance as counsel in this case for Plaintiffs, The Chickasaw Nation and The Choctaw Nation.

    I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

    s/ David Bowker          05/28/2015
David Bowker
District of Columbia Bar No. 989309
WILMERHALE
1875 Pennsylvania Avenue NW
Washington, DC 200006 USA
(202) 663-6558 (t)
(202) 663-6363 (f)
E-mail:  David.Bowker@wilmerhale.com

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on 28th day of May, 2015, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

                                          s/ David Bowker
                                          David Bowker