**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| THE CHICKASAW NATION and ) | | |
| THE CHOCTAW NATION, ) | | |
| ) | | |
| Plaintiffs, ) | No.: 05-01524-W | |
| ) | | |
| v. ) | Senior Judge Lee West | |
| ) | | |
| UNITED STATES DEPARTMENT OF ) | | |
| THE INTERIOR, *et al.*, ) | | |
| ) | | |
| Defendants. ) | | |
| _____ ) | | |

**JOINT MOTION FOR STATUS/PRETRIAL CONFERENCE**

Plaintiffs, the Chickasaw Nation and the Choctaw Nation (the "Nations") and Defendants, jointly and respectfully request that this Court schedule a Status/Pretrial Conference. The Nations respectfully request that the court schedule the conference as soon as reasonably practicable. Defendants respectfully request that the Court schedule the Status/Pretrial Conference after the submission of the parties' final pretrial report (as well as other pretrial submissions) on June 15, 2015.

The Court's docketing order does not reflect a date for a Status/Pretrial Conference. The parties believe that such a Status/Pretrial Conference is necessary to enable the parties to prepare adequately for the trial that is scheduled to begin on July 14, 2015; to establish and coordinate schedules and accommodations for their respective fact and expert witnesses; and to maximize the potential for efficiency at trial. The parties respectfully

request the Court address the following issues at the Status/Pretrial Conference requested herein:

1. The expected length of trial;

2. The amount of trial time allotted to each party;

3. Phase I specific trial issues;

4. How deposition testimony will be presented at trial;

5. How and when objections to deposition testimony will be presented;

6. How to handle witnesses who will testify on more than one topic and/or serve as fact and expert witnesses;

7. Procedures related to demonstrative exhibits, including electronic exhibits, and exhibits containing confidential information;

8. Whether and how the Court will pre-admit exhibits into evidence; and

9. Any other issues the Court decides to address or determine.

DATED this 29th day of May 2015.

Respectfully submitted,

*/s/ Michael Burrage*
Michael Burrage, OBA No. 1350
Reggie Whitten, OBA No. 9576
**WHITTEN BURRAGE**
1215 Classen Drive
Oklahoma City, OK 73103
Telephone: (405) 516-7800
Facsimile: (405) 516-7800

Robert Henry, OBA #4111
109 Lake Aluma Drive
Oklahoma City, OK 73121
Phone: 405-820-0343
*Pro Bono*

C. Cary Patterson, TX Bar No. 1558700
Bradley E. Beckworth, OBA No. 19982
Trey Duck, TX Bar No. 24077234
**NIX, PATTERSON & ROACH, LLP**
205 Linda Drive
Daingerfield, TX 75638
Telephone:  (903) 645-7333
Facsimile:  (903) 645-4415

Louis Bullock, OBA No. 1305
**BULLOCK LAW FIRM, PLLC**
110 West 7th Street, Suite 707
Tulsa, OK 74119
Telephone: (918) 584-2001
Facsimile: (918) 779-4383

Bob Rabon, OBA No. 7373
**RABON WOLF & RABON**
P.O. Box 726
Hugo, OK 74743
Telephone: (580) 326-6427
Facsimile: (580) 326-6032

Jason B. Aamodt, Esq., OBA No. 16974
Deanna Hartley-Kelso, Esq., OBA No. 19272
Dallas L.D. Strimple, Esq., OBA No. 30266
**INDIAN AND ENVIRONMENTAL LAW GROUP**
1723 E. 15th St, Suite 100
Tulsa, OK 74104
Telephone:  (918) 347-6169
Facsimile: (918) 398-0514

K. Lawson Pedigo, TX Bar No. 15716500
**MILLER, KEFFER & PEDIGO**
3400 Carlisle, Ste. 550
Dallas, Texas 75204
Telephone: (214) 696-2050
Facsimile: (214) 696-2482

*Attorneys for The Chickasaw Nation
and The Choctaw Nation*


SANFORD C. COATS
United States Attorney

R.D. EVANS, JR., Louisiana Bar # 20805
Don.Evans@usdoj.gov
Assistant United States Attorney
Western District of Oklahoma
210 Park Avenue, Suite 400
Oklahoma City, OK 73102
Tel: (405) 553-8700
Fax: (405) 553-8885

JOHN C. CRUDEN
Assistant Attorney General

4


/s/ *Marissa Piropato*_____
MARISSA A. PIROPATO, NY BAR #4323242
Marissa.Piropato@usdoj.gov
ANTHONY P. HOANG, FL Bar #0798193
Anthony.Hoang@usdoj.gov
EDWARD GELDERMANN, FL BAR # 0038316
Jay.Geldermann@usdoj.gov
MATTHEW MARINELLI, IL Bar #6277967
Matthew.Marinelli@usdoj.gov
JESSICA HELD, DC Bar #975864
Jessica.Held@usdoj.gov
FRANK J. SINGER
Frank.Singer@usdoj.gov
REUBEN S. SCHIFMAN
Reuben.Schifman@usdoj.gov
JUDITH COLEMAN
Judith.Coleman@usdoj.gov
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, D.C.  20044-7611
Tel: (202) 305-0241
Tel: (202) 305-0242
Tel: (202) 305-0239
Tel: (202) 305-0575
Tel: (202) 305-0470
Tel: (202) 616-9409
Tel: (202) 305-4224
Tel: (202) 514-3553
Fax: (202) 305-0506

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send email notification of such filing to all registered parties.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: May 29, 2015.

/s/ *Michael Burrage*