FILED

JUN - 1 2015

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____, DEPUTY

IN THE UNITED STATES DISTRICT COURT FOR

THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| THE CHICKASAW NATION and THE CHOCTAW NATION, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | No. CIV-05-1524-W |
| THE DEPARTMENT OF THE INTERIOR et al., | ) ) ) ) | |
| Defendants. | ) | |

## ORDER

Upon review, the Court

(1) GRANTS the parties' Joint Motion for Status/Pretrial Conference [Doc. 307] filed on May 29, 2015;

(2) ADVISES the parties that a pretrial conference is hereby SET on June 17, 2015, at 10:00 a.m., and that the Court will address the issues outlined in that motion at the conference; and

(3) further ADVISES the parties that the following matters are SET for hearing at the conclusion of the pretrial conference:

(1) the defendants' Motion to Exclude Supplemental Report of Plaintiffs' Expert Mark Berkman [Doc. 276] filed on May 9, 2015;

(2) the defendants' Motion in Limine to Exclude Expert Opinion Testimony of Professor Andrew Kull [Doc. 284] filed on May 15, 2015;

(3) the defendants' Motion in Limine to Exclude Expert Opinion Testimony of Paul Homan [Doc. 285] filed on May 15, 2015;

(4) the defendants' Motion in Limine to Exclude Expert Opinion Testimony of Joe Christie [Doc. 289] filed on May 15, 2015; and

(5) the defendants' <u>Daubert</u> Motion to Exclude Expert Opinion Testimony of Dr. Mark Berkman [Docs. 290, 296] filed on May 15 and 19, 2015.

ENTERED this  1st  day of June, 2015.

/s/ Lee R. West
LEE R. WEST
UNITED STATES DISTRICT JUDGE