**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| 1. THE CHICKASAW NATION and )<br>2. THE CHOCTAW NATION, )<br>     )<br>     Plaintiffs, )<br>     )<br>v.   ) | Case No. CIV-2005-1524-W |
| )<br>THE DEPARTMENT OF THE INTERIOR; )<br>et al.; )<br>     )<br>     Defendants. ) | |

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties or record:

    Enter my appearance as counsel in this case for Plaintiffs, The Chickasaw Nation and The Choctaw Nation.

    I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

    s/ Seth Waxman     06/02/2015
Seth Waxman
District of Columbia Bar No. 257337
WILMERHALE
1875 Pennsylvania Avenue NW
Washington, DC 20006 USA
(202) 663-6103 (t)
(202) 663-6363 (f)
E-mail:  Seth.Waxman@wilmerhale.com

2

## CERTIFICATE OF SERVICE

      I hereby certify that on 2nd day of June, 2015, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the ECF registrants:

                                                                  s/ Seth Waxman
                                                                 Seth Waxman