IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA



FILED
JUN - 2 2015
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____, DEPUTY

| | | |
|---|---|---|
| THE CHICKASAW NATION and THE CHOCTAW NATION, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No. CIV-05-1524-W |
| THE DEPARTMENT OF THE INTERIOR et al., | ) ) ) ) | |
| Defendants. | ) | |

## ORDER

Upon review, the Court

(1) GRANTS the Unopposed Motion for Leave to File Omnibus Response [Doc. 310] filed by the plaintiffs, The Chickasaw Nation and The Choctaw Nation ("Nations"), on June 1, 2015;

(2) PERMITS the Nations to file an omnibus response to

   (a) the defendants' Motion in Limine to Exclude Expert Opinion Testimony of Professor Andrew Kull [Doc. 284] filed on May 15, 2015;

   (b) the defendants' Motion in Limine to Exclude Expert Opinion Testimony of Paul Homan [Doc. 285] filed on May 15, 2015;

   (c) the defendants' Motion in Limine to Exclude Expert Opinion Testimony of Joe Christie [Doc. 289] filed on May 15, 2015; and

   (d) the defendants' Daubert Motion to Exclude Expert Opinion Testimony of Dr. Mark Berkman [Docs. 290, 296] filed on May 15 and 19, 2015; and

(3) ORDERS that the text of such response shall not exceed fifty (50) pages in length.

ENTERED this 2nd day of June, 2015.

LEE R. WEST
UNITED STATES DISTRICT JUDGE