**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **1. THE CHICKASAW NATION and** | ) | |
| **2. THE CHOCTAW NATION,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-2005-1524-W** |
| | ) | |
| **THE DEPARTMENT OF THE INTERIOR;** | ) | |
| **et al.;** | ) | |
| | ) | |
| **Defendants.** | ) | |

# ENTRY OF APPEARANCE

To the Clerk of this court and all parties or record:

Enter my appearance as counsel in this case for Plaintiffs, The Chickasaw Nation and The Choctaw Nation.

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

 s/ Daniel Volchok            06/02/2015
Daniel Volchok
District of Columbia Bar No. 497341
WILMERHALE
1875 Pennsylvania Avenue NW
Washington, DC 200006 USA
(202) 663-6103 (t)
(202) 663-6363 (f)
E-mail:  Daniel.Volchok@wilmerhale.com

**CERTIFICATE OF SERVICE**

I hereby certify that on 2nd day of June, 2015, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the ECF registrants:


 s/ Daniel Volchok
Daniel Volchok