IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| THE CHICKASAW NATION and THE CHOCTAW NATION, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | No.: 05-01524-W |
| UNITED STATES DEPARTMENT OF THE INTERIOR, <u>et al.</u>, ) ) ) | Senior Judge Lee West |
| Defendants. ) ) | |

**PLAINTIFFS' UNOPPOSED MOTION FOR ADDITIONAL
TIME TO FILE RESPONSE TO DEFENDANTS' MOTION TO EXCLUDE
<u>SUPPLEMENTAL REPORT OF PLAINTIFFS' EXPERT MARK BERKMAN</u>**

COME NOW Plaintiffs, the Chickasaw Nation and the Choctaw Nation ("Nations"), and move the Court for a three (3) day extension (*i.e.,* from June 5, 2015 [Doc. 301] until June 8, 2015) to file their response to Defendants' Motion to Exclude Supplemental Report of Plaintiffs' Expert Mark Berkman [Dkt. No. 276] and Defendants' Memorandum in Support of Their Motion to Exclude Supplemental Expert Report of Dr. Mark Berkman [Dkt. No. 280]. In support of this Motion, Plaintiffs show as follows:

1.  Plaintiffs' counsel seeks a three (3) day extension to file their response to Defendants' Motion to Exclude Supplemental Report of Plaintiffs' Expert Mark Berkman [Dkt. No. 276] and Defendants' Memorandum in Support of Their Motion to Exclude Supplemental Expert Report of Dr. Mark Berkman [Dkt. No. 280] on June 8, 2015 (*i.e.,* from Friday, June 5, 2015 until Monday, June 8, 2015).

2. Counsel for the Nations has conferred with Marissa Piropato, counsel for Defendants, and Defendants have no objection to the granting of this motion.

WHEREFORE, the Nations request an additional three (3) days until Monday, June 8, 2015 to file their response to Defendants' Motion to Exclude Supplemental Report of Plaintiffs' Expert Mark Berkman [Dkt. No. 276] and Defendants' Memorandum in Support of Their Motion to Exclude Supplemental Expert Report of Mark Berkman [Dkt. No. 280].

    Respectfully submitted,

    s/ Michael Burrage
    Michael Burrage, OBA # 1350
    Reggie N. Whitten, OBA #9576
    Randa K. Reeves, OBA #30695
    WHITTEN BURRAGE
    1215 Classen Drive
    Oklahoma City, OK  73103
    Tel:  405-516-7800
    Fax:  405-516-7859
    mburrage@whittenburragelaw.com
    rwhitten@whittenburragelaw.com
    rreeves@whittenburragelaw.com

    Robert Henry, OBA #4111
    109 Lake Aluma Drive
    Oklahoma City, OK  73121
    Phone:  405-820-0343
    E-mail:  rrh@okcu.edu
    *Pro Bono*

    Bob Rabon, OBA #7373
    **RABON WOLF &RABON**
    P.O. Box 726
    Hugo, Oklahoma 74743
    Telephone: (580) 326-6427
    Bob.rabon@sbcglogal.net

Louis W. Bullock, OBA #1305
**BULLOCK, BULLOCK AND BLAKEMORE**
7th Street, Suite 707
Tulsa, Oklahoma 74119
Telephone: (918) 584-2001
lbullock@bullock-blakemore.com

Jason B. Aamodt, OBA #16974
Dallas L.D. Strimple, OBA #30266
**THE AAMODT LAW FIRM**
1723 South Boston Ave.
Tulsa, Oklahoma 74119
Telephone: (918) 347-6169
Jason@aamodt.biz
dallas@aamodt.biz

K. Lawson Pedigo, TX Bar #15716500
**MILLER, KEFFER &PEDIGO**
8401 N. Central Expressway, Suite 630
Dallas, Texas 75225
Telephone: (214) 696-2050
klpedigo@mkp-law.net

C. Cary Patterson, TX Bar No. 1558700
Bradley E. Beckworth, OBA No. 19982
Trey Duck, TX Bar No. 24077234
**NIX, PATTERSON & ROACH, LLP**
205 Linda Drive
Daingerfield, TX 75638
Telephone:  (903) 645-7333
Facsimile:  (903) 645-4415
ccp@nixlawfirm.com
bbeckworth@nixlawfirm.com
treyduck@nixlawfirm.com

        Seth Waxman
        District of Columbia Bar No. 257337
        Daniel Volchok
        District of Columbia Bar No. 497341
        David Bowker
        District of Columbia Bar No. 989309
        **WILMERHALE**
        1875 Pennsylvania Avenue NW
        Washington, DC 200006 USA
        (202) 663-6558 (t)
        (202) 663-6363 (f)
        Seth.Waxman@wilmerhale.com
        Daniel.Volchok@wilmerhale.com
        David.Bowker@wilmerhale.com

        *Attorneys for the Chickasaw Nation*
        *and the Choctaw Nation*

## CERTIFICATE OF SERVICE

    I hereby certify that on Friday, June 05, 2015 I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to all ECF registrants.

                s/ Michael Burrage