IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA

**FILED**
JUN - 8 2015
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____, DEPUTY

| | | |
|---|---|---|
| THE CHICKASAW NATION and THE CHOCTAW NATION, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) ) | No. CIV-05-1524-W |
| THE DEPARTMENT OF THE INTERIOR et al., | ) ) ) ) | |
| Defendants. | ) | |

## ORDER

Upon review, the Court

(1) GRANTS the plaintiffs' Unopposed Motion for Additional Time to File Response [Doc. 316] filed on June 5, 2015; and

(2) PERMITS the plaintiffs to file their response on or before June 8, 2015, to the defendants' Motion to Exclude Supplemental Report of Plaintiffs' Expert Mark Berkman [Docs. 276, 280].

ENTERED this 8th day of June, 2015.

LEE R. WEST
UNITED STATES DISTRICT JUDGE