IN THE UNITED STATES DISTRICT COURT FOR

THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| THE CHICKASAW NATION and THE CHOCTAW NATION, ) ) ) | |
| Plaintiffs, ) ) | |
| vs. ) ) | No. CIV-05-1524-W |
| THE DEPARTMENT OF THE INTERIOR et al., ) ) ) ) | |
| Defendants. ) | |

## ORDER

Upon review, the Court

(1) GRANTS the defendants' Motion for Leave to File Under Seal [Doc.340] filed on June 16, 2015; and

(2) PERMITS the defendants to file under seal an unredacted copy of their Pre-Trial Memorandum [Doc. 335] and an unredacted copy of their Motion in Limine to Exclude All Testimony for Lack of Subject-Matter Jurisdiction [Doc. 337].

ENTERED this 17th day of June, 2015.

LEE R. WEST
UNITED STATES DISTRICT JUDGE