# COURTROOM MINUTE SHEET

CIVIL NO. 05-1524-W                                    DATE: June 17, 2015

THE CHICKASAW NATION and THE CHOCTAW NATION v. U.S. DEPARTMENT OF THE INTERIOR et al.

COMMENCED: 10:00 a.m.        ENDED: 11:40 a.m.

      1:00 p.m.        ENDED: 3:00 p.m.        TOTAL TIME: 3 hours/40 minutes

PROCEEDINGS: Pretrial conference and hearing on defendants' pretrial motions [Docs. 276, 284, 285, 289, 290, 296]

PLAINTIFFS' COUNSEL (appearing in person): Reggie Whitten, Michael Burrage, Bob Rabon, Brad Beckworth, Trey Duck, Louis Bullock, Britt Glass, Dallas Strimple, Lindsey Van Osdell, Robert Henry

DEFENDANTS' COUNSEL (appearing in person): Marissa A. Piropato, Matthew Marinelli, Frank Singer, Judith Coleman

DEFENDANTS' COUNSEL (appearing by telephone): Anthony Hoang

REPORTER: Christy Clark

## ENTERED BY ORDER OF THE COURT:

After hearing counsel's arguments, the Court announced its rulings with regard to the defendants' pretrial motions [Docs. 276, 284, 285, 289, 290, 296]. A written order memorializing those rulings will issue. At the conclusion of the hearing, a pretrial conference was held and the Court and the parties addressed the issues outlined in the parties' Joint Motion for Status/Pretrial Conference [Doc. 307] filed on May 29, 2015.