# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| THE CHICKASAW NATION and<br>THE CHOCTAW NATION, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No.: 05-01524-W |
| | ) | |
| UNITED STATES DEPARTMENT OF<br>THE INTERIOR, *et al.*, | ) | Senior Judge Lee West |
| | ) | |
| Defendants. | ) | |
| ——————————————— | ) | |

## PLAINTIFFS' OMNIBUS RESPONSE TO DEFENDANTS' MOTIONS IN *LIMINE* FILED JUNE 15, 2015

Plaintiffs, the Chickasaw Nation and the Choctaw Nation (the "Nations"), file this their Omnibus Response to Defendants' Motions *in Limine* Filed June 15, 2015, and respectfully show the Court the following:

On June 15, 2015, Defendants filed motions in *limine* to (1) Limit Consideration of the APA Claims to the Administrative Record (Dkt. No. 327); Exclude Testimony of Gov. Bill Anoatubby, Chief Gregory Pyle, and Kevin Gover That is Not Based on Their Personal Knowledge (Dkt. No. 328); and (3) Exclude All Testimony for Lack of Subject-Matter Jurisdiction (Dkt. No. 337). Two days later—on June 17, 2015—the Court held a pretrial conference. During the pretrial conference, the Court unequivocally denied Defendants' latest motions in *limine*. *See* Transcript of June 17, 2015 hearing ("Transcript") at 95:4 – 101:25; 124:6 – 127:24. As such, the Nations do not believe that further argument

regarding Defendants' motions in *limine* is required.   Nonetheless, in an abundance of caution, the Nations will briefly address each motion.

*First*, regarding Defendants' motion in *limine* seeking to limit consideration of the Nations' APA claims to the administrative record—which the Court expressly denied—the Nations respectfully incorporate by reference, and refer the Court to, Plaintiffs' Trial Memorandum Regarding Jurisdiction (Dkt. No. 331) and Plaintiffs' Proposed Findings of Fact and Conclusions of Law (Dkt. No. 334 at Section V) wherein the Nations thoroughly address each of Defendants' misplaced arguments.   Additionally, as the Court correctly noted during the pretrial conference (*see* Transcript at 125:15-18), Defendants' "motion in *limine*" is a poorly veiled motion for summary judgment and, as such, violates the Court's Order of March 30, 2015 (Dkt. No. 263) prohibiting further motions for summary judgment.   *See also* LCvR56.1(a) ("Absent leave of Court, each party may file only one motion under Fed. R. Civ. P. 56.").

*Second*, regarding Defendants' motion in *limine* to exclude the testimony of Governor Anoatubby, Chief Pyle and Kevin Gover—which the Court also denied—the Nations submit that these individuals, based on their respective positions, are uniquely qualified to offer testimony regarding the historical relationship and interactions between the Government and the Nations, irrespective of their birth dates.   *See* Transcript at 127:19-24 (Court agreeing with the Nations' counsel that "these leaders should be able to testify about knowledge that they have gained in their leadership capacity").

2

*Finally*, regarding Defendants' motion in *limine* to exclude all testimony for lack of subject matter jurisdiction, the Court clearly denied such motion by affording the Nations 3 ½ days to offer testimony during the approaching trial. *See* Transcript at 95:4 – 101:25.  Moreover, this motion is likewise a veiled motion for summary judgment, given Defendants' suggestion that the Nations should be precluded from presenting ***any*** testimony at trial.  As such, this motion should be denied on its face and for violating the Court's Order of March 30, 2015 (Dkt. No. 263) and Local Rule 56.1(a).

Defendants argue this Court is without subject matter jurisdiction because the Nations seek money damages as a form of relief.  As explained by the Nations' counsel during the pretrial conference, that is simply not true.  *Id.* at 126:1-8.  The Nations seek restoration of their trusts—that is, *equitable* relief, *not* money damages.  For a complete discussion of why this Court has jurisdiction over this matter and why the relief the Nations seek is equitable, the Nations respectfully incorporate by reference and refer the Court to Plaintiffs' Trial Memorandum Regarding Jurisdiction (Dkt. No. 331) and Plaintiffs' Proposed Findings of Fact and Conclusions of Law (Dkt. No. 334) at Section V.C, and IX.

Should the Court determine it has not yet denied any of Defendants' motions in *limine* filed on June 15, 2015, the Nations respectfully request oral argument on any such motion.

DATED this 30th day of June, 2015.

Respectfully submitted,

/s/ Michael Burrage
Michael Burrage, OBA No. 1350
Reggie Whitten, OBA No. 9576
Randa K. Reeves, OBA #30695
**WHITTEN BURRAGE**
1215 Classen Drive
Oklahoma City, OK 73103
Telephone: (405) 516-7800
Facsimile: (405) 516-7800

C. Cary Patterson, TX Bar No. 1558700
Bradley E. Beckworth, OBA No. 19982
John C. Hull, OBA No. 21707
Trey Duck, TX Bar No. 24077234
**NIX, PATTERSON & ROACH, LLP**
205 Linda Drive
Daingerfield, TX 75638
Telephone:  (903) 645-7333
Facsimile:  (903) 645-4415

Louis Bullock, OBA No. 1305
**BULLOCK, BULLOCK AND BLAKEMORE**
7th Street, Suite 707
Tulsa, OK 74119
Telephone: (918) 584-2001
Facsimile: (918) 779-4383

Bob Rabon, OBA No. 7373
**RABON WOLF & RABON**
P.O. Box 726
Hugo, OK 74743
Telephone: (580) 326-6427
Facsimile: (580) 326-6032

Jason B. Aamodt, Esq., OBA No. 16974
Dallas L.D. Strimple, Esq., OBA No. 30266
**THE AAMODT LAW FIRM**
1723 South Boston Ave.
Tulsa, OK 74119
Telephone:  (918) 347-6169
Facsimile: (918) 398-0514

K. Lawson Pedigo, TX Bar No. 15716500
**MILLER, KEFFER & PEDIGO**
8401 N. Central Expressway, Suite 630
Dallas, Texas 75225
Telephone:  (214) 696-2050
Facsimile:  (214) 696-2482

Robert Henry, OBA #4111
109 Lake Aluma Drive
Oklahoma City, OK 73121
Phone: 405-820-0343
E-mail: rrh@okcu.edu

Seth Waxman
District of Columbia Bar No. 257337
Daniel Volchok
District of Columbia Bar No. 497341
David Bowker
District of Columbia Bar No. 989309
**WILMERHALE**
1875 Pennsylvania Avenue NW
Washington, DC 200006 USA
(202) 663-6558 (t)
(202) 663-6363 (f)
Seth.Waxman@wilmerhale.com
Daniel.Volchok@wilmerhale.com
David.Bowker@wilmerhale.com

*Attorneys for The Chickasaw Nation
and The Choctaw Nation*

## **CERTIFICATE OF SERVICE**

I hereby certify that I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send email notification of such filing to all registered parties.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: June 30, 2015.


*/s/ Michael Burrage*
Michael Burrage