IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| THE CHICKASAW NATION and THE CHOCTAW NATION, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | No. 05-cv-01524-W |
| UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*, | ) ) ) ) | Senior Judge Lee West |
| Defendants. | ) ) | |

## JOINT MOTION TO AMEND MAY 8, 2014 SCHEDULING ORDER

Pursuant to Rule 7(b) of the Federal Rules of Civil Procedure and Local Civil Rule 7.1(h), Defendants hereby respectfully move for a modification of the deadlines in the Court's May 8, 2014 scheduling order [Doc. 180]. In support of this motion, the Parties' state the following:

1. On May 8, 2014, the Court entered a scheduling order, [Doc. 180], setting dates related to pretrial matters.

2. On June 17, 2015, proceedings were held before the Court and during those proceedings the parties discussed and agreed to a number of modifications to the existing schedule.

3. To codify the agreements made during the June 17, 2015 proceedings, the Parties therefore propose the following proposed amendment to the Court's May 8, 2014 scheduling order, {Doc. 180]:

a) The parties shall file and serve their amended deposition designations on or before **July 3, 2015**

b) The parties shall file and serve their counter designations to the opposing parties' designated deposition testimony on or before **July 7, 2015**;

c) Pursuant to the Court's May 8, 2014, Order [Doc. 180] the parties shall file and serve all objections to the opposing parties' counter designations to designated deposition testimony on or before **July 10, 2015**.

d) The parties shall exchange demonstratives on or before **July 10, 2015;**

e) The parties shall file and serve stipulated facts on or before **July 10, 2015**.

f) Defendants shall file and serve final factual stipulations on or before **July 10, 2015**.

g) Defendants shall file and serve rebuttals to Dr. Berkman's April 2015 Supplemental Report on or before **July 9, 2015**.

h) Trial will begin on **July 14, 2015** beginning at **9:00am** Central and will consist of 24 hours for each side to prosecute and defend, including opening and closing, direct examination of witnesses and cross-examination of the opposing side witnesses. After evidence in chief is presented each side will have 4 hours for rebuttal and sur-rebuttal, if needed.

Respectfully submitted on this 1st day of July, 2015,

        s/ Michael Burrage
Michael Burrage, OBA # 1350
Reggie N. Whitten, OBA #9576
Randa K. Reeves, OBA #30695
WHITTEN BURRAGE
1215 Classen Drive
Oklahoma City, OK  73103
Tel:  405-516-7800
Fax:  405-516-7859
mburrage@whittenburragelaw.com
rwhitten@whittenburragelaw.com
rreeves@whittenburragelaw.com

Robert Henry, OBA #4111
109 Lake Aluma Drive
Oklahoma City, OK  73121
Phone:  405-820-0343
E-mail:  rrh@okcu.edu
*Pro Bono*

Bob Rabon, OBA #7373
**RABON WOLF &RABON**
P.O. Box 726
Hugo, Oklahoma 74743
Telephone: (580) 326-6427
Bob.rabon@sbcglogal.net

Louis W. Bullock, OBA #1305
**BULLOCK, BULLOCK AND BLAKEMORE**
7th Street, Suite 707
Tulsa, Oklahoma 74119
Telephone: (918) 584-2001
lbullock@bullock-blakemore.com

-4-

Jason B. Aamodt, OBA #16974
Dallas L.D. Strimple, OBA #30266
**THE AAMODT LAW FIRM**
1723 South Boston Ave.
Tulsa, Oklahoma 74119
Telephone: (918) 347-6169
Jason@aamodt.biz
dallas@aamodt.biz

K. Lawson Pedigo, TX Bar #15716500
**MILLER, KEFFER &PEDIGO**
8401 N. Central Expressway, Suite 630
Dallas, Texas 75225
Telephone: (214) 696-2050
klpedigo@mkp-law.net

C. Cary Patterson, TX Bar No. 1558700
Bradley E. Beckworth, OBA No. 19982
Trey Duck, TX Bar No. 24077234
**NIX, PATTERSON & ROACH, LLP**
205 Linda Drive
Daingerfield, TX 75638
Telephone:  (903) 645-7333
Facsimile:  (903) 645-4415
ccp@nixlawfirm.com
bbeckworth@nixlawfirm.com
treyduck@nixlawfirm.com

Seth Waxman
District of Columbia Bar No. 257337
Daniel Volchok
District of Columbia Bar No. 497341
David Bowker
District of Columbia Bar No. 989309
**WILMERHALE**
1875 Pennsylvania Avenue NW
Washington, DC 200006 USA
(202) 663-6558 (t)
(202) 663-6363 (f)
Seth.Waxman@wilmerhale.com
Daniel.Volchok@wilmerhale.com
David.Bowker@wilmerhale.com

*Attorneys for the Chickasaw Nation and the Choctaw Nation*


SANFORD C. COATS
United States Attorney

R.D. EVANS, JR.
Louisiana Bar # 20805
Don.Evans@usdoj.gov
Assistant United States Attorney
Western District of Oklahoma
210 Park Avenue, Suite 400
Oklahoma City, OK 73102
Tel:  (405) 553-8700
Fax: (405) 553-8885

JOHN C. CRUDEN
Assistant Attorney General

*/s/ Marissa Piropato*
MATTHEW MARINELLI
IL Bar #6277967
Matthew.Marinelli@usdoj.gov
ANTHONY P. HOANG
FL Bar #0798193
Anthony.Hoang@usdoj.gov
MARISSA A. PIROPATO
NY Bar #4323242
Marissa.Piropato@usdoj.gov
JESSICA HELD
DC Bar #975864
Jessica.Held@usdoj.gov
FRANK J. SINGER, III
Frank.Singer@usdoj.gov
REUBEN S. SCHIFMAN
Reuben.Schifman@usdoj.gov
JUDITH COLEMAN
Judith.Coleman@usdoj.gov
United States Department of Justice
Environment Division
Natural Resources Section
P.O. Box 7611
Washington, D.C.  20044-7611
Tel: (202) 305-0470
Tel: (202) 305-0241
Tel: (202) 305-0239
Tel: (202) 305-0575
Tel: (202) 616-9409
Tel: (202) 305-4224
Tel.: (202) 514-3553
Fax: (202) 305-0506

Attorneys for Defendants

OF COUNSEL:

CHARLES R. BABST, JR.
Office of the Field Solicitor
United States Department of the Interior
Tulsa, OK 74145

                                        KENNETH DALTON
                                      MICHAEL BIANCO
                                      KAREN BOYD
                                      KRISTEN KOKINOS
Office of the Solicitor
United States Department of the Interior
Washington, D.C. 20240

REBECCA SALTIEL
THOMAS KEARNS
Office of the Chief Counsel
Bureau of the Fiscal Service
United States Department of the
   Treasury
Washington, D.C. 20227

## **CERTIFICATE OF SERVICE**

     I hereby certify that, on July 1, 2015, I authorized the electronic filing of the foregoing Joint Motion to Amend May 8, 2014 Scheduling Order with the Clerk of the Court using the CM/ECF system, which will send email notification of such filing to all registered parties.

                                          */s/ Michael Burrage*
                                          Michael Burrage