IN THE UNITED STATES DISTRICT COURT FOR

THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| THE CHICKASAW NATION and<br>THE CHOCTAW NATION, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| vs. | ) | No. CIV-05-1524-W |
| THE DEPARTMENT OF THE<br>INTERIOR et al., | )<br>)<br>)<br>) | |
| Defendants. | )<br>) | |

## ORDER

Upon review, the Court

(1) GRANTS the parties' Joint Motion to Amend [Doc. 354] filed on July 1, 2015, wherein the parties have requested that the Court modify certain deadlines in the Court's Order [Doc. 180] issued on May 8, 2014; and

(2) by agreement of the parties, ORDERS as follows:

| | |
|---|---|
| Parties to file amended deposition designations | July 3, 2015 |
| Parties to file counterdesignations to opposing parties' designated deposition testimony[1] | July 7, 2015 |
| Defendants to file rebuttal reports to April 2015 Supplemental Report of Mark P. Berkman, Ph.D. | July 9, 2015 |
| Parties to exchange demonstrative exhibits | July 10, 2015 |
| Parties to file stipulated facts | July 10, 2015 |

---

[1] By agreement, the deadline for filing objections to opposing parties' counterdesignations to designated deposition testimony remains July 10, 2015. See Docs. 180, 354.

As the parties were advised at the pretrial conference held on June 17, 2015, the trial in this matter shall begin at 9:00 a.m. CST on July 14, 2015. As the parties were further advised, each side shall have twenty-four (24) hours to prosecute or defend, including opening statements, closing arguments and direct and cross examination of witnesses, and after presentation of each side's evidence-in-chief, each side shall have four (4) hours for rebuttal and sur-rebuttal, if needed.

ENTERED this 2nd day of July, 2015.

LEE R. WEST
UNITED STATES DISTRICT JUDGE