IN THE UNITED STATES DISTRICT COURT FOR

THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| THE CHICKASAW NATION and THE CHOCTAW NATION, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | No. CIV-05-1524-W |
| THE DEPARTMENT OF THE INTERIOR et al., | ) ) ) ) | |
| Defendants. | ) | |

### ORDER

Having been advised by the parties that mediation has resulted in an agreement in principle between the parties to resolve the dispute involved in this litigation, the Court DIRECTS the Clerk of the Court to administratively terminate this action in her records for 90 days to allow the parties to document the agreement and receive the approval of the governmental entities involved. The parties are ADVISED that they may apply to the Court before the expiration of this 90-day period for any additional time deemed necessary to document and/or to gain approval of the agreement.

ENTERED this 2nd day of July, 2015.

LEE R. WEST
UNITED STATES DISTRICT JUDGE