IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| THE CHICKASAW NATION and THE CHOCTAW NATION, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | No.: Civ-05-01524-W |
| THE DEPARTMENT OF THE INTERIOR, et al., | ) ) ) ) | Senior Judge Lee R. West |
| Defendants. | ) ) ) | |

**PARTIES' JOINT MOTION TO FILE UNDER SEAL EXHIBIT 1 TO
PARTIES' JOINT STIPULATION OF SETTLEMENT,
AND [PROPOSED] ORDER**

Pursuant to Rules 5.3 and 79.1 of the Local Civil Court Rules and this Court's order dated December 19, 2006, protecting the confidentiality of certain documents and data to be provided by Defendants to Plaintiffs (ECF No. 45), Plaintiffs and Defendants (collectively, "the Parties") jointly and respectfully move the Court for an order directing that Exhibit 1 to the Parties' Joint Stipulation of Settlement and [Proposed] Order be filed and kept under seal. As shown below, good cause exists for this joint request.

After months of settlement negotiations, Plaintiff have reached settlement with Defendants regarding all of Plaintiffs' trust accounting and trust mismanagement claims in this case. As a result, the Parties have prepared a Joint Stipulation of Settlement, which will be filed in this case for this Court's review and determination. That Joint Stipulation of Settlement has three exhibits, the first of which consists of periodic statements of performance ("PSPs") (also known as "periodic statements of trust accounts") that are prepared by the Department of the Interior's Office of the Special Trustee

for American Indians ("OST") and that contain financial information that relates to Plaintiffs' trust fund accounts. Specifically, the PSPs contain data, such as that regarding Plaintiffs' trust fund account balances, the extent to which such funds are being invested, and the rates of return on those investments. Given the sensitivity of this financial data in the PSPs, this Court has good cause to place Exhibit 1 of the Joint Stipulation under seal. *See Helm v. Kansas,* 656 F.3d 1277, 1292 (10th Cir. 2011) (filing under seal acceptable when "a real and substantial interest" exists); *Friedland v. TIC-The Indus. Co.,* 556 F.3d 1203, 1205 n.1-2, 1211 (10th Cir. 2009) (permitting sealed filings related to confidential settlement agreements).

Further, certain PSPs in Exhibit 1 to the Parties' Joint Stipulation of Settlement contain or may contain financial information pertaining to individuals who are not parties to, or in any way involved in, this litigation. The presence of those individuals' financial data will or may raise issues or concerns relating to the Privacy Act, 5 U.S.C. § 552a. Placing the PSPs under seal will obviate any Privacy Act issues or concerns that would or might arise if such individuals' financial information were filed in open court along with the Parties' Joint Stipulation of Settlement. *See Lucero v. Sandia Corp.,* 2012 U.S. App. LEXIS 18369 (10th Cir. Aug. 28, 2012) (documents containing "confidential information relating to . . . determining [corporate] compensation" should remain under seal); *cf. Dubai Islamic Bank v. Citibank*, N.A., 211 F. Supp.2d 447, 449 (S.D.N.Y. 2001) (finding "good cause" justifying a protective order in light of "confidentiality and privacy concerns" relating to bank records which included "account records . . . both individual and corporate"). Accordingly, the Parties respectfully request that this Court grant their joint motion to file and keep under seal Exhibit 1 to their Joint Stipulation of Settlement.

Respectfully submitted this 24th day of September, 2015,

*/s/ Michael Burrage*
*by /s/ Anthony P. Hoang*
*pursuant to written authorization*
<u>*provided on September 24, 2015*</u>
MICHAEL BURRAGE
REGGIE N. WHITTEN
Whitten Burrage, LLP
1215 Classen Drive
Oklahoma City, OK 73103
Tel.: (405) 516 7800
Fax: (405) 516-7859

BRADLEY E. BECKWORTH
CHARLES CARY PATTERSON
JOHN C. HULL
LLOYD N. DUCK, III
Nix, Patterson & Roach, LLP
3600 North Capitol of Texas Highway
Suite 350B
Austin, Texas 78746
Tel.: (512) 328-5333
Fax: (512) 328-5335

JASON B. AAMODT, OBA #16974
DALLAS L. DALE STRIMPLE
DEANNA L. HARTLEY
Aamodt Law Firm
1723 S. Boston Ave., 2nd Floor
Tulsa, OK 74119
Tel: (918) 347-6169
Fax: (918) 398-0514

LOUIS W. BULLOCK, OBA #1305
Bullock, Bullock and Blakemore, PLLC
110 West 7th Street, Suite 707
Tulsa, OK 74119
Tel: (918) 584-2001
Fax: (918) 743-6689

BOB RABON, OBA #7272
Rabon, Wolf & Rabon
P.O. Box 726
Hugo, OK 74743
Tel: (580) 326-6427
Fax: (580) 326-6032

K. LAWSON PEDIGO
TX Bar #15716500
Miller, Keffer, & Pedigo, PLLC
3400 Carlisle, Suite 550
Dallas, Texas 75204
Tel.: (214) 696-2050
Fax: (214) 696-2482

SETH WAXMAN
DANIEL VOLCHOK
DAVID BOWKER
WilmerHale, LLP
1875 Pennsylvania Ave., N.W.
Washington, D.C.  20006
Tel.: (202) 663-6800
Fax: (202) 663-6363

Attorneys for Plaintiffs

SANFORD C. COATS
United States Attorney

R.D. EVANS, JR.
Louisiana Bar # 20805
Don.Evans@usdoj.gov
Assistant United States Attorney
Western District of Oklahoma
210 Park Avenue, Suite 400
Oklahoma City, OK 73102
Tel:  (405) 553-8700
Fax: (405) 553-8885

JOHN C. CRUDEN
Assistant Attorney General

*/s/ Anthony P. Hoang*
ANTHONY P. HOANG
FL Bar #0798193
Anthony.Hoang@usdoj.gov
MATTHEW MARINELLI
IL Bar #6277967
Matthew.Marinelli@usdoj.gov
JESSICA HELD
DC Bar #975864
Jessica.Held@usdoj.gov
MARISSA A. PIROPATO
NY Bar #4323242
Marissa.Piropato@usdoj.gov
FRANK J. SINGER, III
Frank.Singer@usdoj.gov
REUBEN S. SCHIFMAN
Reuben.Schifman@usdoj.gov
JUDITH COLEMAN
Judith.Coleman@usdoj.gov
United States Department of Justice
Environment Division
Natural Resources Section
P.O. Box 7611
Washington, D.C.  20044-7611
Tel: (202) 305-0241
Tel: (202) 305-0239
Tel: (202) 305-0575
Tel: (202) 305-0470
Tel: (202) 616-9409
Tel: (202) 305-4224
Tel: (202) 514-3553
Fax: (202) 305-0506

Attorneys for Defendants

OF COUNSEL:

CHARLES R. BABST, JR.
Office of the Field Solicitor
United States Department of the Interior
Tulsa, OK 74145

KENNETH DALTON
MICHAEL BIANCO
KAREN BOYD
KRISTEN KOKINOS
Office of the Solicitor
United States Department of the Interior
Washington, D.C. 20240

REBECCA SALTIEL
THOMAS KEARNS
Office of the Chief Counsel
Bureau of the Fiscal Service
United States Department of the
   Treasury
Washington, D.C. 20227

## CERTIFICATE OF SERVICE

I hereby certify that, on September 24, 2015, I electronically transmitted the foregoing Parties' Joint Motion for Leave to File Under Seal Exhibit 1 of Parties' Joint Stipulation of Settlement, and [Proposed] Order, using the ECF system for filing and transmission of a Notice of Electronic Filing to the ECF registrants in this case.

                                                */s/ Anthony P. Hoang*
                                                ANTHONY P. HOANG