IN THE UNITED STATES DISTRICT COURT FOR

THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| THE CHICKASAW NATION and THE CHOCTAW NATION, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No. CIV-05-1524-W |
| THE DEPARTMENT OF THE INTERIOR et al., | ) ) ) ) | |
| Defendants. | ) | |

## ORDER

Upon review and for good cause shown, the Court

(1) GRANTS the parties' Joint Motion to File under Seal Exhibit 1 to Parties' Joint Stipulation of Settlement [Doc. 357] filed on September 24, 2015; and

(2) PERMITS the parties to file Exhibit 1 to the parties' Joint Stipulation of Settlement under seal in accordance with the Electronic Filing Policies & Procedures Manual, § III.A.

ENTERED this 25th day of September, 2015.

LEE R. WEST
UNITED STATES DISTRICT JUDGE