IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| THE CHICKASAW NATION and THE CHOCTAW NATION,<br><br>  Plaintiffs,<br><br>v.<br><br>THE DEPARTMENT OF THE INTERIOR, et al.,<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)   No.: Civ-05-01524-W<br>)<br>)   Senior Judge Lee R. West<br>)<br>)<br>)<br>) |

**PARTIES' JOINT STIPULATION OF DISMISSAL WITH PREJUDICE, AND [PROPOSED] ORDER**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and the local civil court rules, Plaintiffs Chickasaw Nation and Choctaw Nation and Defendants stipulate that this case is dismissed with prejudice and that Plaintiffs and Defendants shall bear their own fees and costs, in accordance with the joint stipulation of settlement filed by the parties on September 25, 2015 (ECF No. 359), and approved and entered by this Court by order on September 25, 2015 (ECF No. 361).

Respectfully submitted this 2nd day of November, 2015,

>   */s/ Michael Burrage*
>   by */s/ Anthony P. Hoang*
>   *pursuant to written authorization*
>   *provided on November 2, 2015*
>   MICHAEL BURRAGE
>   REGGIE N. WHITTEN

Whitten Burrage, LLP
1215 Classen Drive
Oklahoma City, OK 73103
Tel.: (405) 516 7800
Fax: (405) 516-7859

BRADLEY E. BECKWORTH
CHARLES CARY PATTERSON
JOHN C. HULL
LLOYD N. DUCK, III
Nix, Patterson & Roach, LLP
3600 North Capitol of Texas Highway
Suite 350B
Austin, Texas 78746
Tel.: (512) 328-5333
Fax: (512) 328-5335

JASON B. AAMODT, OBA #16974
DALLAS L. DALE STRIMPLE
DEANNA L. HARTLEY
Aamodt Law Firm
1723 S. Boston Ave., 2nd Floor
Tulsa, OK 74119
Tel: (918) 347-6169
Fax: (918) 398-0514

LOUIS W. BULLOCK, OBA #1305
Bullock, Bullock and Blakemore, PLLC
110 West 7th Street, Suite 707
Tulsa, OK 74119
Tel: (918) 584-2001
Fax: (918) 743-6689

BOB RABON, OBA #7272
Rabon, Wolf & Rabon
P.O. Box 726
Hugo, OK 74743

Tel: (580) 326-6427
Fax: (580) 326-6032

K. LAWSON PEDIGO
TX Bar #15716500
Miller, Keffer, & Pedigo, PLLC
3400 Carlisle, Suite 550
Dallas, Texas 75204
Tel.: (214) 696-2050
Fax: (214) 696-2482

SETH WAXMAN
DANIEL VOLCHOK
DAVID BOWKER
WilmerHale, LLP
1875 Pennsylvania Ave., N.W.
Washington, D.C.  20006
Tel.: (202) 663-6800
Fax: (202) 663-6363

Attorneys for Plaintiffs

SANFORD C. COATS
United States Attorney

R.D. EVANS, JR.
Louisiana Bar # 20805
Don.Evans@usdoj.gov
Assistant United States Attorney
Western District of Oklahoma
210 Park Avenue, Suite 400
Oklahoma City, OK 73102
Tel:  (405) 553-8700
Fax: (405) 553-8885

JOHN C. CRUDEN
Assistant Attorney General

*/s/ Anthony P. Hoang*
ANTHONY P. HOANG
FL Bar #0798193
Anthony.Hoang@usdoj.gov
MATTHEW MARINELLI
IL Bar #6277967
Matthew.Marinelli@usdoj.gov
JESSICA HELD
DC Bar #975864
Jessica.Held@usdoj.gov
MARISSA A. PIROPATO
NY Bar #4323242
Marissa.Piropato@usdoj.gov
FRANK J. SINGER, III
Frank.Singer@usdoj.gov
REUBEN S. SCHIFMAN
Reuben.Schifman@usdoj.gov
JUDITH COLEMAN
Judith.Coleman@usdoj.gov
United States Department of Justice
Environment Division
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 305-0241
Tel: (202) 305-0239
Tel: (202) 305-0575
Tel: (202) 305-0470
Tel: (202) 616-9409
Tel: (202) 305-4224
Tel: (202) 514-3553
Fax: (202) 305-0506

Attorneys for Defendants

OF COUNSEL:

CHARLES R. BABST, JR.
Office of the Field Solicitor
United States Department of the Interior
Tulsa, OK 74145

KENNETH DALTON
MICHAEL BIANCO
KAREN BOYD
KRISTEN KOKINOS
Office of the Solicitor
United States Department of the Interior
Washington, D.C. 20240

REBECCA SALTIEL
THOMAS KEARNS
Office of the Chief Counsel
Bureau of the Fiscal Service
United States Department of the
 Treasury
Washington, D.C. 20227

## **CERTIFICATE OF SERVICE**

I hereby certify that, on November 2, 2015, I electronically transmitted the foregoing Parties' Joint Stipulation of Dismissal With Prejudice, and [Proposed] Order, using the ECF system for filing and transmission of a Notice of Electronic Filing to the ECF registrants in this case.

*/s/ Anthony P. Hoang*
ANTHONY P. HOANG