## IN THE UNITED STATES DISTRICT COURT FOR

## THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| THE CHICKASAW NATION and THE CHOCTAW NATION, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No. CIV-05-1524-W |
| THE DEPARTMENT OF THE INTERIOR et al., | ) ) ) | |
| Defendants. | ) ) | |

## <u>ORDER</u>

This matter comes before the Court on the parties' Joint Stipulation of Dismissal with Prejudice [Doc. 364] filed on November 2, 2015.  Upon review and for good cause shown, the Court

(1) FINDS that the Joint Stipulation of Dismissal with Prejudice should be and is hereby APPROVED and ENTERED in this matter; and

(2) in accordance with the Joint Stipulation of Dismissal with Prejudice, DISMISSES this action with prejudice.

ENTERED this 3rd day of November, 2015.

LEE R. WEST
UNITED STATES DISTRICT JUDGE